FILED'09 AUG 24 16:53 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELISSA M. WRIGHT, | 08-CV-6161-ST |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#21) on July 31, 2009, in which she recommended this Court reverse the Commissioner's final decision denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income payments and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#21). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this 24th day of August, 2009.

_____
ANNA J. BROWN
United States District Judge

2   -   ORDER